Jose Jordan MACIAS–LARIOS, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 12–71967.

United States Court of Appeals, Ninth Circuit.

Submitted May 4, 2016.*

Filed May 6, 2016.

Nicholas W. Marchi, Carney & Marchi, PS, Seattle, WA, for Petitioner.

Regina Byrd, Esq., OIL, Daniel Shieh, Esq., U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GRABER and MURGUIA, Circuit Judges, and BURY,** Senior District Judge.

## ORDER ***

This case is REMANDED for the Board of Immigration Appeals ("BIA") to "consider, in the first instance, the potential application of the modified categorical approach, as well as the merits of Petitioner's request for cancellation" of removal. *Madrigal–Barcenas v. Lynch*, 797 F.3d 643, 645 (9th Cir.2015). Petitioner's removal is stayed pending a decision in this matter by the BIA.

The parties shall bear their own attorney fees, costs, and expenses on appeal. This order shall serve as the mandate of this court.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable David C. Bury, Senior United States District Judge for the District of Arizona, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.